## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

ANTHONY L. PAYTON,
REG. #24245-076                                                    PLAINTIFF


v.                          No.  2:13-cv-92-DPM-JJV


T.C. OUTLAW, Former Warden, FCI Forrest
City; N. THOMPSON, SIS, FCI Forrest City;
HAULK, Officer, FCI Forrest City; DOES,
DHO Hearing Officer, Jail Lieutenant "Josie,"
Officers of Special Housing Unit, Unit
Manager, Helena D Unit, and Mental Health
Doctors; BURNETT, Counselor, FCI Forrest
City; J. SIEJA SHU, Lieutenant, FCI Forrest City          DEFENDANTS


### ORDER

The Court has considered Magistrate Judge Joe J. Volpe's proposed

findings and recommendations, № 8.   Payton has not objected.   After

reviewing the proposal for clear factual error and for legal error, FED. R. CIV.

P. 72(b)(3) (1983 addition to Advisory Committee Notes), the Court adopts it

in full.  All claims against Outlaw and Haulk are dismissed without prejudice

for failure to state a claim upon which relied may be granted.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 October 2013