IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

ANTHONY L. PAYTON
REG. #24245-076                                                                  PLAINTIFF

v.                              No. 2:13-cv-92-DPM-JJV

N. THOMPSON, SIS, FCI Forrest City;
DOES, DHO Hearing Officer, Jail Lieutenant "Josie,"
Officers of Special Housing Unit, Unit
Manager, Helena D Unit, and Mental Health
Doctors; BURNETT, Counselor, FCI Forrest
City; and J. SIEJA, Lieutenant, SHU, FCI Forrest City[1]         DEFENDANTS

ORDER

On *de novo* review, the Court adopts the proposed findings and recommendation, № 38, as supplemented and overrules Payton's objections, № 39 & 40. FED. R. CIV. P. 72(b)(3). The statutory bar is clear, and neither of the narrow exceptions articulated in *Gibson v. Weber*, 431 F.3d 339, 341 (8th Cir. 2005) applies. Payton had an opportunity to submit documents justifying his untimely appeal, but didn't. № 28-1 at 3-4, 11-12. And he doesn't argue that any official thwarted his attempt to provide that documentation. Defendants' motion for summary judgment, № 26, is granted. The Doe Defendants are dismissed without prejudice. FED. R. CIV.

---

[1] The Clerk is directed to correct the docket sheet to reflect "J. SIEJA, Lieutenant, SHU, FCI Forrest City."

P. 4(m).  Payton's request, № 41, is denied.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 January 2015