# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ANTHONY L. PAYTON,
REG. #24245-076                                                          PLAINTIFF

v.                          No. 2:13-cv-92-DPM

T.C. OUTLAW, Former Warden, FCI Forrest
City; N. THOMPSON, SIS, FCI Forrest City;
HAULK, Officer, FCI Forrest City; DOES,
DHO Hearing Officer, Jail Lieutenant "Josie,"
Officers of Special Housing Unit, Unit
Manager, Helena D Unit, and Mental Health
Doctors; BURNETT, Counselor, FCI Forrest
City; and J. SIEJA, Lieutenant, SHU, FCI Forrest City           DEFENDANTS

## JUDGMENT

Payton's complaint is dismissed without prejudice against all defendants.

_____
D.P. Marshall Jr.
United States District Judge

20 January 2015